# Notice Recipients

District/Off: 0311−1 User: admin Date Created: 05/20/2026
Case: 25−11951−TMH Form ID: van043 Total: 706

**Recipients of Notice of Electronic Filing:**

ust U.S. Trustee USTPRegion03.WL.ECF@USDOJ.GOV
tr Ricardo Palacio palaciotrustee@gmail.com
aty Gregory A. Taylor gtaylor@ashbygeddes.com
aty Matthew B. Harvey mharvey@mnat.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Minnesota Rusco, LLC 5010 Highway 169 N NewHope, MN 55428
20134003 A TO Z RETROFIT SAMUEL GHICA 10302 W EARIL DRIVE AVONDALE, US 85392
20134004 A Wiseman's Home Improvement Inc P.O BOX 2767 Granite Bay, US 95746
20134052 A−Tech Security, Inc PO Box 92948 Albuquerque, NM 87199
20134006 AA HOME SOLUTIONS 2400 N BULLARD AVE APP# 2070 GOODYEAR, US 85395
20134007 ABCO Supply 14305 W. 105th Street Lenexa, US 66215
20134008 ABCWUA PO BOX 27226 ALBUQUERQUE, NM 87125−7226
20134009 ABQGrafix 3700 OSUNA BLVD NE UNIT 501 Albuquerque, NM 87109
20134018 AIRGAS USA, LLC PO BOX 102289 PASADENA, CA 91189−2289
20134020 ALBUQUERQUE PUBLISHING COMPANY PO BOX 561281 DENVER, CO 80256−1281
20134021 ALEXANDER PUSTOVIT 11758 W SKYHAVEN ST STAR, US 83669
20134025 ALSIDE SUPPLY CENTER 400 W. 86TH STREET MINNEAPOLIS, MN 55420
20134030 ALTER DOMUS (US) LLC, AS AGENT 225 WEST WASHINGTON STREET, 9TH FLOOR CHICAGO, IL 60606
20134031 AMAZON BUSINESS PO BOX 035184 SEATTLE, WA 98124−5184
20134039 ANT REMODELING LLC 850 BEYER WAY #L8 SAN DIEGO, CA 92154
20134041 API Processing − Licensing, Inc. 3419 Galt Ocean Drive Fort Lauderdale, FL 33308
20134042 APS PO BOX 37812 BOONE, US 50037−0812
20134050 ASIAN ARTISAN LLC 18271 E 47TH DRIVE DENVER, CO 80249
20134051 ASPERII INVESTMENTS LTD 9 Shimshon St. Petah−Tikva 4952707 ISRAEL
20134053 ATHENS BUILDERS LLC 11640 JUNIPER ST NW COON RAPIDS, MN 55448
20134054 ATHENS SERVICES PO BOX 54957 LOS ANGELES, CA 90054−0957
20134005 Aaron S. Engel Attn: Termechi Employment Law 15760 Ventura Blvd., Suite 2000 Encino, CA 91436
20134010 Academy Tile and Stone 5925 W Wigwam Ave #2 Las Vegas, NV 89139
20134011 Accurate Glass, Inc. 11 Garden Terrace Woburn, MA 01801
20134012 Acquity LLC 6671 Las Vegas Blvd Las Vegas, NV 89119
20134013 Acquity LLC 6711 S Las Vegas BLVD Ste 210 Las Vegas, NV 89119
20134014 Acrylicrafters of New England, LLC 328 Rollercoaster Road Strafford, NH 03884
20134015 Adelante Development Center, Inc Attn: Linda Smith−Sleeman 3900 Osuna Road NE Albuquerque, NM 87109
20134016 Advanced Quality Plumbing 7052 Santa Teresa Blvd #77 San Jose, CA 95139
20134017 Airgas USA LLC PO Box 93500 Long Beach, CA 90809
20134019 Alas Flooring Inc 126 Lynnfield St Lynn, MA 01902
20134022 All American Glass Fabricator Orange Mirror and Glass 1911 N. Lime Street Orange, US 92865
20134023 All Island Counter Tops & Millwork, Inc. 275 Adams Blvd. Farmingdale, NY 11735
20134024 All−Guard Alarm System 1306 Stealth Street Livermore, US 94551−9356
20134026 Alside Supply Center−ARLINGTON 3450 S Watson Road Arlington, VA 76014
20134027 Alside Supply Center−AUSTIN 8301 Springdale Rd Austin, TX 78724
20134028 Alside Supply Center−LUBBOCK 6102 42nd St Lubbock, US 79407
20134029 Alside Supply Center−WICHITA 3002 W Pawnee Suite 106 Wichita, KS 67213
20407321 Amar A Agrawal 1040 N Kings Highway Ste 200 Cherry Hill, NJ 08034
20134032 Amazon.com 1200 12th Avenue South Seattle, WA 98144
20134033 Amber Scene Clean 170 Main Street Holyoke, MA 01040
20134034 American Gem Packaging Solutions LLC 15930 S Figueroa St. Gardena, US 90248
20134035 American Woodmark PO Box 935859 Atlanta, GA 31193
20134036 Amerock LLC PO Box 772697 Chicago, IL 60677−2697
20134037 Ana M Villella 5 Kemp Farm Way Mansfield, MA 02048
20719582 Andrew Abel 505 Heights Rd NW St Michael, MN 55376
20134038 Angi 3601 Walnut St. Suite 700 Denver, CO 80205
20134040 Anthony David Young Dave's Cabinet Installation, Srvcs 515 W Orchid Circle Placentia, US 92870
20134043 Aramark dba Vestis PO Box 101179 115 North First Street Pasadena, CA 91189
20134044 Arizona Department of Revenue PO Box 29032 Phoenix, AZ 85038−9032
20134045 Arizona Shower Door 2801 West Indian School Road Phoenix, AZ 85017
20134046 Arizona Tile LLC 8829 S Priest Drive Tempe, US 85284−1905
20134047 Arizona's Best Equipment, Inc. 3455 S. 36TH STREET PHOENIX, AZ 85040
20134048 Arrow Paper Corporation PO Box 1001 Wilmington, MA 01887
20134049 Ashley Castro Attn: Phillips & Associates 45 Broadway, 28th Floor New York, NY 10006

20134001 Attn: 24 Hour, LTD. 8911 Directors Row Dallas, TX 75247
20134002 Attn: 800 Response Inc Accounts Receivable PO Box 2225 So. Burlington, VT 05407−2225
20134055 B & L CUSTOM FINISHING 20020 IGUANA ST NOWTHEN, MN 55330
20134056 B&W Home Improvement LLC 163 Lakota Drive Bridgeport, US 76426
20134059 BAY ALARM COMPANY PO BOX 51041 LOS ANGELES, CA 90051−5337
20134063 BAYER BUILT WOODWORKS, INC. SDS# 12−1205 P.O. BOX 86 MINNEAPOLIS, MN 55486−1205
20134064 BBB Corporate Accounting Department Dept 0725 Washington, DC 20073−0725
20134065 BCI Acrylic 1800 Industrial Drive Libertyville, IL 60048
20134067 BEACON WATERPROOFING PRODUCTS PO BOX 101087 PASADENA, CA 91189−0005
20134073 BGE P.O. Box 13070 Philadelphia, PA 19101−3070
20134078 BOISE CITY UTILITY BILLING PO Box 2600 Boise, ID 83701−2600
20134083 BRICK AND BIRCH INC 10251 WEST CREE BAY CIRCLE PEQUOT LAKES, MN 56472
20134086 BRIN GLASS COMPANY 2300 N 2ND ST MINNEAPOLIS, MN 55411
20134057 Bailey & Glasser LLP 209 Capitol Street Charleston, WV 25301
20134058 Baker & Hostetler LLP P.O. Box 70189 Cleveland, OH 44190−0189
20134060 Bay Disposal, LLC 2224 Springfield Avenue Norfolk, VA 23523−2439
20134061 Bay Shred PO Box 893782 Temecula, US 92589
20134062 Bay World International 395 Reed Street Mainsfield, OH 44903
20134066 Beacon Hill Solutions Group ,LLC 20 Ashburton PL Boston, MA 02108
20134068 Becker Gurian 513 Central Avenue Suite 400 Highland Park, IL 60035
20134069 Beeline Group, LLC 1301 Landmeier Rd Elk Grove Village, US 60007
20134070 Berenson LLP 4495 Military Trail Suite 203 Jupiter, FL 33458
20134072 Best Pick Reports, LLC 3601 Walnut Street Suite 400 Denver, US 80205
20134071 Best Pick Reports, LLC PO Box 735567 Chicago, IL 60673
20134074 BlackWolf Customs LLC 6819 N 30th Ave Phoenix, AZ 85017
20134075 Blue Corona PO Box 62853 Phoenix, AZ 85052
20134076 Blue Fire Leads, LLC 3214 N. University Ave #355 Provo, UT 84604
20134077 Blum Inc. PO Box 631580 Cincinnati, OH 45263−1580
20134079 Brad Hartzler 2140 Murphy #1513 Bedford, US 76021
20134080 Brandon Hill TX Pride Win 1903 Highland Acers Dr Kaufman, US 75142
20134081 Brandon Ruszkowski 1777 North Record Street Dallas, TX 75202
20134082 Braxton Building Maintenance PO BOX 59961 Dallas, US 75229
20275305 Brett Ellis Savage 1190 Brighton Place Saint Paul, MN 55106
20134084 Brightside Financial Care 55 Arizona Place, Ste 200 Chandler, AZ 85225
20134085 Briley Shellman 10060 W Desert River Blvd Apt. 2001 Glendale, AZ 85307
20134087 Buildingstars Operations, Inc PO Box 419161 St. Louis, US 63141
20134088 Burnett & Moynihan 43 Foster Street Revere, MA 02151
20134089 Buyerlink Inc. 1820 Bonnanza Street Walnut Creek, CA 94596
20134090 Buyology IQ 7260 W. Azure DR #140−159 Las Vegas, NV 89130
20134099 CAPSLOCK FZCO The Offices 3 − One Central Dubai World Trade Center, Dubai, UAE
20134098 CAPSLOCK/Lavin The Office 3 − One Central Dubai World Trade Center, Dubai UAE,
20134101 CCS NEW MEXICO JANITORIAL, INC. PO BOX 912578 DENVER, US 80291−2578
20134102 CENTAH INC 296 RICHMOND ST W SUITE 500 TORONTO ONTARIO
20134103 CENTERPOINT ENERGY PO BOX 4671 HOUSTON, TX 77210−4671
20134107 CFO Solutions LLC 6 University Drive Suite 206−209 Amherst, MA 01002
20134113 CHTD COMPANY P.O. BOX 2576 SPRINGFIELD IL 62708
20134114 CINTAS FIRE 636525 PO BOX 636525 CINCINNATI, US 45263−6525
20134116 CITY OF GREENFIELD 7738 COMMERCE CIR GREENFIELD, MN 55373
20134118 CITY OF SOUTH SAINT PAUL 125 3RD AVE N SOUTH ST PAUL, MN 55075
20134119 CJTS CONSTRUCTION LLC 17851 ZUMBRO AVE SHAKOPEE, MN 55379
20134121 CLERK OF THE SUFFOLK COUNTY TRAFFIC & PARKING VIOLATIONS AGENCY 100 Veterans Memorial Hwy Hauppague, NY 11788
20134123 CNA Surety PO Box 957312 St. Louis, US 63195−7312
20134124 COLTONS CUSTOM REMODELS LLC 6003 S EGMONT AVE BOISE, US 83709
20134130 CONESTOGA WOOD SPECIALTIES 245 READING ROAD PO BOX 158 EAST EARL, PA 17519−0158
20134133 CONTRACTOR APPOINTMENTS 310 1/2 MAIN STREET S STILLWATER, US 55082
20134134 CORKY'S PEST CONTROL 150 VALLECITOS DE ORO SAN MARCOS, US 92069
20134139 CRYSTAL CLEAN INC 200 CENTER DRIVE SUITE EAST C300 HOFFMAN ESTATES, US 60192
20134140 CRYSTAL SPRINGS−ALBUQUERQUE 4446 ANAHEIM AVE NE ALBUQUERQUE, US 87113
20134141 CT CORPORATION PO BOX 4349 CAROL STREAM, US 60197−4349
20134142 CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN, MA US 01801
20134091 Cabinetworks Group Michigan, LLC P.O. Box 198192 Atlanta, GA 30384−8192
20134092 Cablevision Lightpath, Inc. PO Box 788632 Philadelphia, PA 19178−8632
20134093 Cairn Data Analytics 3838 Oak Lawn Avenue Suite 900 Dallas, TX 75219
20134094 Calbear Construction Inc 721 Monroe Way Placentia, US 92870
20134095 Caliber Supply LLC 1710 N Higley Rd, Ste 103 Mesa, US 85205
20134096 Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, US 60693−0149
20134097 Canon Solutions America 300 Commerce Square Blvd Burlington, US 08016
20134100 Capslock FZE The Offices 3 − One Central Dubai World Trade Center DUBAI
20134104 Central Hudson Gas & Electric Corporation 284 South Avenue Poughkeepsie, NY 12601
20134105 Century Bathworks 250 Lackawanna Avenue West Paterson, NJ 07424
20134106 Certified Enterprises Inc. 333 South Anita Drive Suite 600 Orange, US 92868
20134108 Changing Lives Staffing, Inc 13135 Central Ave. Chino, US 91710
20134109 Charles McMurray Co. P O Box 569 Fresno, US 93709

20134110 Charles R. Darwin 6911 Green Haven Road Amarillo, US 79110
20134111 Charter Communications−2833 PO Box 60074 City of Industry, US 91716−0074
20134112 Chris Ann O'Neill Attn: Rapaport Law Firm, PLLC 80 Eighth Avenue, Suite 206 New York, NY 10011
20134115 City of Farmers Branch C/O Fire Recovery USA, LLC PO Box 935667 Atlanta, US 31193−5667
20134117 City of Phoenix PO Box 29100 Phoenix, US 85038−9100
20134120 Clearyst Connect LLC 1400 N Beckley Station Road Louisville, KY 40245
20134122 Clipper Magazine, LLC 3708 Hempland Road PO Box 610 Mountville, US 17554
20134125 Columbia Advisory Group LLC 17950 Preson Rd Dallas, TX 75252
20134126 Comcast PO BOX 8587 PHILADELPHIA, PA 19101−0601
20134127 Comcast−8773100640104838 PO BOX 1577 NEWARK, NJ 07101−1577
20134128 Comcast−8773102530209883 PO Box 70219 Philadelphia, PA 19176−0219
20134129 Concentra Occupational Health Centers PO Box 3700 Rancho Cucamonga, US 91729
20134131 Connecticut Natural Gas Corporation PO Box 847820 Boston, MA 02284−7820
20134132 Contractor Appointments 310 1/2 Main Street S Stillwater, MN 55082
20134135 Corona Millworks 5572 Edison Ave. Chino, US 91710
20134136 Corporate Creations International 150 Royall Street Canton, MA 02021
20134138 Cox Business P.O. Box 53249 Phoenix, US 85072−3249
20134137 Cox Business − VA Beach Dept 781121 PO Box 78000 Detroit, MI 48278−1121
20134143 Cumulus Communications, Inc. 38 High Ridge Rd Redding, CT 06896
20522618 Curt Dykstra 747 7TH ST Chaska, MN 55318
20134144 D4C Construction Inc dba David Hakobyan 2824 Paraiso Way La Crescenta, US 91214
20134147 DAVE LOEHRER CONSTRUCTION INC 13035 297TH AVENUE PRINCETON, MN 55371
20134151 DD's Crystal Cleaning 836 Brooklet Drive Davenport, FL 33837
20134150 DDI LEASING, INC. 221 SOMERVILLE ROAD BEDMINSTER NJ 07921
20134153 DE LAGE LANDEN FINANCIAL SERVICES INC PO BOX 41602 PHILADELPHIA, US 19101−1602
20134157 DENNIS HLAD LLC 8320 10TH ST NE ST MICHAEL, MN 55376
20134158 DENVER WATER P O BOX 173343 DENVER, US 80217−3343
20134162 DEVARGAS CENTER ASSOCIATES, LP 4500 BISSONNET STREET BELLAIRE TX 77401
20134165 DIVISION OF LABOR STANDARDS ENFORCEMENT 2 MacArthur Place, Ste. 800 Santa Ana, CA 92707
20134167 DJB GAS SERVICE INC PO BOX 26746 Salt Lake City, US 84126
20134171 DOOR AND WINDOW COMPANY 5400 PHOENIX AVE NE STE 206 ALBUQUERQUE, US 87114
20134173 DQ Construction Corp 2436 South Valley Parkway Lewisville, US 75067
20134176 DUNN−EDWARDS CORPORATION P.O. Box 30389 Los Angeles, US 90030
20134145 Dan Marrufo 8 McLaren, Suite A Irvine, US 92618
20555131 Daniel C Della Lana 2419 Lake Place MINNEAPOLIS, MN 55405
20134146 Data−Guard 365 PO Box 775535 Chicago, IL 60677−5535
20134148 David DiGiorgio Direct, Shower Door & Frameless Glass 1671 W. Arrow Rte. Upland, US 91786
20134149 David Griffith Attn: Carter Law Firm 27240 Turnberry Lane, Suite 200 Valencia, CA 91355
21037614 David Hanson−Best 1838 Yorkshire Ave St.Paul, MN 55116−2404
20134152 Debora Ramirez 19 E MARCY ST STE 200 SANTA FE, NM 87501−2046
20134154 Decore−Ative Specialties, Inc. 2772 S. Peck Rd. Los Angeles, US 90054−1071
20134155 Delaney Daniels 1502 Quail Meadow Dr Wylie, TX 75098
20134156 Delta Breeze Cleaning Solutions 2533 Regatta Court Davis, US 95618
20137442 Department of Labor Division of Unemployment Insurance P.O. Box 9953 Wilmington, DE 19809
20134159 Desert Grain Carpentry LLC 1281 N Fresno Street Chandler, US 85225
20134160 Design Imaging 1170 Industrial Park Rd Orem, US 84057
20134161 Design in Elegance 33622 Viewpoint Dr Wildomar, US 92595
20134163 Direct Edge 2900 E. White Star Ave. Anaheim, US 92806
20134164 DirectMail.io 137 Girod Street Mandeville, LA 70448
20134166 Divvy 13707 S 200 W Suite 100 Draper, US 84020
20134168 Doc Savage Supply 600 Candelaria Road SE Albuquerque, US 87107
20134169 Dolead Inc. Attn: Arthur Saint−Pere 68 Harrison Avenue, Ste 605 PMB 68292 Boston, MA 02111−1929
20134170 Dominion Energy Virginia PO Box 26543 Richmond, VA 23290−001
20523254 Donna M. Schulz 14904 Ridgeway Drive Fort Ripley, MN 56449
20692774 Doug Lumby 12761 Mentzer Trail Lindstrom, MN 55045
20134172 Douglas Herring 1201 FELSMERE DR Pflugerville, TX 78660
20134174 Drawer Box Specialties 1482 N. Batavia Street Orange, US 92867
20134175 Dunn−Edwards Corporation 4885 E 52ND Place Los Angeles, US 90058
20134177 Dust Collector Services Inc 1280 N. Sunshine Way Anaheim, US 92806
20134178 E&E Industries 4931 Market Street San Diego, US 92102
20134179 E.B. BRADLEY CO 1150A NORTH RED GUM ST ANAHEIM, US 92806−2500
20134180 E.B. Bradley Company 5602 BICKETT S Los Angeles, US 90058−3606
20134181 EAGLE PRINT DYNAMICS 1430 W. Katella Ave. Orange, US 92867
20134182 EDCO PRODUCTS INC 8700 EXCELSIOR BOULEVARD HOPKINS, MN 55343
20134186 ELEGANT REMODELING LLC 10283 W SENECA DR BOISE, US 83709
20134188 ELITE SHOWER DOORS, INC 28201 WESTFIELD DR LAGUNA NIGUEL, US 92677
20134195 ENTERPRISE BANK & TRUST 7445 PAN AMERICAN FREEWAY NE ALBUQUERQUE NM 87109
20134183 Edgebanding Services, Inc. 828 W. Cienega Avenue San Dimas, US 91773
20134184 Edward Spencer Jr. 6406 Briarknoll Dr Garland, US 75043

20134185 Ekata, Inc. 2000 Purchase Street New York, NY 10577
20134187 Elismar Carloino 20 Legion Way Northbridge, MA 01534
20134189 Emerald Document Imaging 100 Milbar Boulevard Farmingdale, NY 11735
20134190 Emmanuel Cruz 18004 E. Ghent St. Azusa, US 91702
20134191 Emser Tile LLC PO Box 69339 Los Angeles, US 90069−0339
20134192 Emtek Products, Inc. P.O. 31001−0823 Pasadena, US 91110−0823
20134193 Energy Federation Incorporated PO BOX 845775 BOSTON, MA 02284
20134194 EnhanceHCM, LLC 1230 Rosecrans Ave. Suite− 530 Manhattan Beach, CA 90266
20134196 Environmental Alternatives Inc. 24024 Frederick Road Clarksburg, MD 20871
20134197 Equifax PO Box 71221 Charlotte, NC 28272−1221
20134198 Ernest Packaging Solutions 5777 Smithway St Commerce, US 90040
20134199 Estes Express Lines PO Box 105160 Atlanta, GA 30348−5160
20134200 Eurotech Luxury Shower Doors 23532 Commerce Center Dr Unit B Laguna Hills, US 92653
20134201 Evergy PO Box 419353 Kansas City, US 64141
20134202 Exploration Way, LLC 60 Davenport Rd West Hartford, CT 06110
20134205 FAIR WORK, P.C. 192 South Street, Suite 450 Boston, MA 02111
20134204 FAIRMONT DESIGNS 6950 NORITSU AVE BUENA PARK, CA 90620
20134211 FEI PO Box 25153 Tampa, FL 33622−5153
20134212 FERGUSON ENTERPRISES WOLSELEY INDUSTRIAL GROUP PO BOX 740827 LOS ANGELES, US 90074−0827
20134215 FERGUSON ENTERPRISES,LLC 11730 BALTIMORE AVENUE BELTSVILLE, MD 20705
20134220 FINKELSTEIN & KRINSK LLP 501 West Broadway, Suite 1260 San Diego, California 92101
20134222 FISHER & PHILLIPS LLP PO BOX 931195 ATLANTA, US 31193−1195
20134226 FLOORS TO GO 1525 DALLES DR SHAKOPEE, MN 55379
20134228 FLUSHING BANK 220 RXR PLAZA UNIONDALE NY 11556
20134229 FORD MOTOR CREDIT COMPANY LLC P O BOX 680020 MD 610 FRANKLIN TN 37068
20134232 FOUR SEASONS BUILDING PRODUCTS 6450 CABALLERO BLVD BUENA PARK, US 90620
20134234 FRONT RANGE PATROL 7180 E 54TH PLACE COMMERCE CITY, US 80022
20134235 FRONTIER PO BOX 740407 CINCINNATI, US 45274−0407
20134237 FRSecure LLC 6550 York Ave S Ste 500 Edina, MN 55435
20134236 FRSecure LLC PO Box 5790 Carol Stream, IL 60197−5790
20134238 FUSION LLC PO BOX 31001−4150 PASADENA, US 91110−1450
20134203 Factual Data PO Box 640495 Pittsburgh, US 15264−0495
20134206 Fanny Pack Media LLC 4819 Dona Rowena Ave NE Albuquerque, US 87111
20134207 Fed Ex Dept CH PO Box 10306 Palatine, US 60055−0306
20134208 Fed Ex PO Box 94515 Palatine, US 60094−4515
20134210 FedEx PO Box 371461 Pittsburgh, PA 15250−7461
20134209 FedEx Corporation P.O. Box 7221 Pasadena, US 91109−7321
20134217 Ferguson PO Box 847411 Dallas, US 75284−7411
20134213 Ferguson Enterprises, Inc. 12500 Jefferson Ave. Newport News, US 23602
20134214 Ferguson Enterprises, Inc. PO Box 417592 Boston, MA 02241−7592
20134216 Ferguson US Holdings, Inc. 751 LakeFront Commons Newport News, US 23606
20134218 Finer Living Magazine 30 Grandview Court Cheshire, CT 06410
20134219 Finesse Shower Glass & Mirror 1120 Park Terrace Ave Galt, US 95632
20134221 Fisher & Phillips LLP 1320 Main Street Suite 750 Columbia, SC 29201
20134223 Five9, Inc. 4000 Executive Parkway San Ramon, CA 94583
20134224 Fleurco− US Inc 9132 Norwalk Blvd Santa Fe Springs, US 90670
20134225 Flock Freight Inc. Dept LA 24808 Pasadena, US 91185−4808
20134227 Florence Building Materials, Inc. 1647 E. Jericho Tpke. Huntington, NY 11743
20134230 Forest Plywood 14711 Artesia Blvd. La Mirada, US 90638
20134231 Foundation Building Materials P.O Box 740862 Los Angeles, US 90074−0914
20134233 Fredrickson & Byron P.O. Box 1484 Minneapolis, MN 55480−1484
20134239 GANNETT−USAT PO BOX 632309 Cincinnati, US 45263−2309
20134240 GDHI Marketing LLC P O BOX 3481 Breckenridge, US 80424
20134243 GEOTAB USA, INC. 621 North Avenue Northeast Suite C−170 Atlanta, US 30308
20134244 GERARDO FUENTES SILVA 84220 LINGAYAN AVE INDIO, US 92201
20134245 GHA Technologies, Inc Dept #2090 PO Box 29661 Phoenix, AZ 85038−9661
20134246 GHA Technologies, Inc Dept. #880831 PO Box 29650 Phoenix, US 85038
20134248 GLAZING WINDOW AND DOORS 36528 TURNER DR PALMDALE, US 93550
20134252 GOAT Logistics P.O. Box 737576 Dallas, US 75373
20134251 GOAT Logistics Inc. 5402 W Laurel Street Ste 110 Tampa, US 33607
20134256 GRACE2YOU HOME IMPROVEMENT & GC 1612 MAGNOLIA AVE LOS ANGELES, US 90006
20134258 GREAT WESTERN SPECIALTY SYSTEMS, INC 8410 WASHINGTON ST NE SUITE A ALBUQUERQUE, US 87113
20134261 GRM REMODELING LLC 9630 SCOTT CIR N BROOKLYN PARK, MN 55443
20134262 GUCHIKOV CONSTRUCTION, LLC 16254 70TH ST BECKER, MN 55308
20134241 Gen Digital Inc. (LifeLock) 60 E Rio Salado Pkwy Suite 1000 Tempe, AZ 85281
20134242 Geotab USA, Inc. P.O. BOX 735965 CHICAGO, IL 60673−5965
20134247 Give Back Wireless 4345 Murphy Canyon Rd. #110 San Diego, US 92123
20134249 Global Disposal Reduction Services 5694 Mission Center Rd #470 San Diego, US 92108
20134250 Global Shop Solutions ERP Software P.O. Box 840929 Dallas, US 75284−0929
20134253 Gonmor Windows LLC 2807 E Mitchell St Arlington, US 76010
20134254 Google LLC 1600 Amphitheater Pkwy Mountain View, CA 94043
20134255 Gordon Rees Scully Mansukhani LLP Scully Mansukhani 1111 Broadway, Suite 1700 Oakland, CA 94607
20134257 Grainger Dept 869302794 PO Box 419267 Kansas City, US 64141−6267

20134259 GreatAmerica Financial Svcs. PO Box 660831 Dallas, TX 75266
20134260 Greensky, LLC 5565 Glenridge Connector, Suite 700 Atlanta, GA 30342
20221020 Gregory Kiesling 15172 RIVERSIDE DR BRAINERD, MN 56401
20134263 Guru Cultivation LLC 1225 Ave Ponce De Leon PH 881 San Juan, PR 00907
20134264 Guymon Chamber of Commerce 206 NW 5th St Ste 3 Guymon, US 73942
20134268 HANSEN WOODWORKING COMPANY 1703 W SAHARA DR KUNA, US 83634
20134271 HECTOR GARCIA−ORTIZ 541 APACHE LOOP SW RIO RANCHO, US 87124
20134274 HERALD REVIEW MEDIA Wick Communications Co/106−A PO BOX 674915 DALLAS, US 75267−4915
20134276 HIGHLAND LUMBER 300 E. Santa Ana St Anaheim, US 92805
20134284 HOME RESUMPTION LLC 12061 MEADOWLARK CIRCLE N OSSEO, MN 55369
20134285 HOMEADVISOR/Angi 130 E. Washington St. Indianapolis, IN 46204
20134288 HOWSE & THOMPSON, P.A. 3189 FERNBROOK LANE NORTH MINNEAPOLIS, MN 55447
20134289 HR DIRECT PO BOX 669390 POMPANO BEACH, US 33066−9390
20134290 HUSCH BLACKWELL P.O. BOX 790379 SAINT LOUIS, MI 63179
20134265 Hafele America Inc. P.O. Box 75352 Charlotte, US 28275
20134267 Hajoca 3170 Airway Ave Costa Mesa, US 92626
20134266 Hajoca Corporation P.O. Box 654076 Dallas, US 75265−4076
20134269 Hardware Resources 28093 Network Place Chicago, IL 60673−1280
20134270 Hartung Glass Industries Incorporated P.O. Box 749662 Los Angeles, US 90074−9662
20134272 Heidrick & Struggles Inc. 1133 Paysphere Circle Chicago, IL 60674−1010
20134273 Henkel Corporation P.O. Box 281666 Atlanta, US 30384−1666
20134275 Heritage Wholesalers Inc PO Box 362−185 Commercial Street Malden, MA 02148
20134277 HiMark Windows LLC 400 Crossings Drive Bristol, PA 19007
20134278 Home Advisor dba Angi Leads 3601 Walnut Street Suite 700 Denver, US 80205
20134279 Home Concepts Magazine P.O. BOX 3712 Santa Barbara, US 93130
20134280 Home Concepts Magazine PO BOX 516602 LOS ANGELES, US 90051−0599
20134281 Home Depot 2455 Paces Ferry Rd Atlanta, US 30339
20134282 Home Depot/GECF P.O. Box 9903 Macon, US 31297−9903
20134283 Home Media LLC dba Home Solutions 1122 Oberlin Road, Suite 300 Raleigh, NC 27606
20134286 Hoskin & Muir, Inc. PO Box 772842 Detroit, MI 48277−2842
20134287 Hover, Inc. 225 Bush Street Floor 7 San Francisco, CA 94104
20134291 Hydration Labs, Inc. P.O. Box 24052 New York, NY 10087−4052
20134301 ISD Construction 4517 Maryland Ct. San Diego, US 92116
20134292 Idaho Material Handling, Inc. 4800 N. Yellowstone Hwy Idaho Falls, US 83401
20134293 Idaho Press Tribune c/o ISJ Payment Processing Cen PO Box 1570 Pocatello, US 83204
20134294 Improveit 360 Attn: Accounts Receivable 3601 Walnut St, Suite 400 Denver, CO 80205
20134295 Improvement Ventures LLC 3500 South DuPont Highway Dover, US 19901
20134296 Infinity Pay For Service Attn: Hunter Hanowski PO Box 100 Warroad, MN 56763−0100
20134297 Inquir 1702 E. McNair Dr. Tempe, US 85283
20134298 Intermountain Gas Company PO Box 64 Boise, US 83732−0064
20134300 Irvine Printing & Displays 17155 Von Karman Avenue Suite 109 Irvine, US 92614
20134302 J & B Materials P.O. Box 847609 Los Angeles, US 90084−7609
20134323 J's Custom Glass & Showers 6280 San Ignacio Ave Suite H San Jose, US 95119
20134303 J&K CABINETRY MN 10901 ELM CREEK BLVD N STE 140 MAPLE GROVE, MN 55369
20134305 JACUZZI INC. 15566 COLLECTION CENTER DRIVE CHICAGO, IL 60693
20134308 JB Alarms of L.I., Inc. PO Box 61 30 North Babylon, NY 11703
20134309 JB GLASS AND MIRROR PO BOX 806 ALPINE, US 91903
20134310 JC Construction & Renovations Inc 10144 N LOWER SACRAMENTO RD Stockton, US 95210
20134314 JHL Contracting, Inc. 4855 W Price Rd Sugar Hill, US 30518
20134316 JOHN KERN CONSTRUCTION, LLC 2627 210TH AVENUE MORA, MN 55051
20134319 JOLIAd, Inc. 18 Acorn Path Groton, MA 01450
20134322 JPMORGAN CHASE BANK, N.A. P.O. BOX 6026 CHICAGO IL 60680−6026
20134304 Jacuzzi Bath Remodel 401 S Gary Ave, Unit A Roselle, US 60172
20134306 Jani−King of Western Washington P.O Box 1147 Kent, US 98035
20141944 Janice and Nancy Boyer−Kellermann 68 W Golden Lake Rd Circle Pines, MN 55014
20134307 Jason Row 35150 Trevino Trail Beaumont, US 92223
20134312 Jeff's Janitorial Service PO Box 812 Taunton, MA 02780
20134311 Jeffrey T. Dreiling 1635 N Westfield St Wichita, US 67212
20134313 Jeremy Kufler (Installer) 6200 S Madison Wichita, US 67216
20134315 Joe Liekhus 6716 Jameson Rd Amarillo, US 76106
20134317 John McCall 289 South Main St Bradford, MA 01835
20376383 John Scott Cartwright 6161 Falcon Ridge Trail Apple Valley, MN 55124
20134318 Johnson Controls Security Solutions PO Box 371967 Pittsburgh, PA 15250−7967
20134320 Jordan Callier Construction 22128 Earl Drive Castro Valley, US 94546
20134321 Jose Pinales 4204 N County RD US 73403
20134328 KAPTAIN MARKETING LLC 1050 GEROGIA ST APT D IMPERIAL BEACH, US 91932
20134329 KAVON COMPANY LLC 8042 VICTORIA DR VICTORIA, MN 55386
20134330 KB Technologies PO Box 550661 Dallas, US 75355
20134331 KBM Electric Co., Inc. 6 Malvern Lane Stony Brook, NY 11790
20134332 KELLY SHERLOCK 270 Mahonia Cir Sacramento, US 95835
20134334 KIEPER CONSTRUCTION, LLC 2011 SYCAMORE LANE MOUND, MN 55364
20134335 KING BEAR CONSTRUCTION, INC 863 W SAN YSIDRO BLVD #13 SAN YSIDRO, US 92173
20134339 KOHLER 91283 Collections Center Drive Chicago, IL 60693
20134341 KSAZ 5709 Collection Center Drive Chicago, US 60693
20134324 Kaeser & Blair Inc 4236 Grissom Drive Batavia, US 45103

20134325 Kaeser & Blair Inc 511 Sigma Drive Fredericksburg, US 22408
20134326 Kan−Am Products, Inc 1830 W Harry Wichita, US 67213
20134327 Kansas Gas Service − WJP PO Box 219046 Kansas City, US 64121−9046
20134333 Kham Loraamm 10103 SE 225th Pl KENT, US 98031
20134336 Klein Investments Family Ltd Partnership 4000 MacArthur Blvd. Suite 110 Newport Beach, US 92660
20134337 Knockout Pest 1009 Front Street Uniondale, NY 11553
20134338 Knot and Burl LLC 404 E 40th St Garden City, US 83714
20134340 Korn Ferry (US), NW 5854 P.O. Box 1450 Minneapolis, MN 55485−5854
20134342 L & W Supply Corporation PO BOX 412898 BOSTON, US 02241−2898
20134345 LAWYERS FOR EMPLOYEE AND CONSUMER RIGHTS 4100 West Alameda Avenue, Third Floor Burbank, CA 91505
20134348 LEAD GIANT MEDIA LTD 199D−4300 NORTH FRASER WAY BURNABY, CA, V5J 0B3
20134351 LEAF CAPITAL FUNDING, LLC 2005 MARKET STREET PHILADELPHIA PA 19103
20134352 LEGAL EXPRES 6262 VAN NUYS BLVD., UNIT A VAN NUYS, CA 91401
20134354 LEGALIST FUND II, L.P. 880 HARRISON STREET SAN FRANCISCO CA 94107
20134356 LEIGHTON ANDRADE 13637 GLENGATE PL POWAY, US 92064
20134358 LEVEL 3 COMMUNICATIONS LLC PO BOX 910182 DENVER, US 80291−0182
20134359 LF LAWN CARE SERVICES 938 MARIA ELENA BERNALILLO, US 87004
20134362 LIEN SOLUTIONS PO BOX 29071 GLENDALE, CA 91209−9071
20134368 LOFFLER − POSTAGE METER ACCOUNT PO BOX 660831 DALLAS, TX 75266
20134372 LOWES−RB PO BOX 530970 Atlanta, US 30353
20134373 LTK ELEVATOR CORP. 3100 INTERSTATE NORTH CIR. STE 500 ATLANTA, GA 30339−227
20134375 LYMAN LUMBER PO BOX 856310 MINNEAPOLIS, MN 55485
20134343 Law Office of John M Coyne 651 Orchard St Suite 312 New Bedford, MA 02744
20134344 Law Office of Tal Rubin, PC 5959 Topanga Canyon Boulevard, Suite 220 Woodland Hills, CA 91367
20134346 Lead Enhance LLC 211 Malpaso St. Las Vegas, NV 89138
20134347 Lead Genesis Partners, LLC 8022 S Rainbow Blvd Ste 185 Las Vegas, NV 89139
20134349 Lead GurUS 1225 Ave Ponce De Leon PH 881 San Juan, US 00907
20134350 Leads.io Corp. 99 Spadina Avenue Suite 300 Toronto ON M5V 3P8 CANADA
20134355 Legal Shred 1014 Grand Boulevard Suite 6 Deer Park, NY 11729
20134353 Legalist, Inc. 880 HARRISON ST STE 303A SAN FRANCISCO, CA 94107−1143
20134357 Leo & Sydelle Ward Foundation 21031 Ventura Blvd Suite 600 Woodland Hills, US 91364
20134360 Liberty Disposal, LLC 130 Shun Pike Johnston, RI 02919
20134361 LicenseSure LLC 801 Second Avenue, 15th Fl., New York, NY 10017
20134363 LightFire Partners, LLC 9909 MANCHESTER RD, #314 SAINT LOUIS, US 63122
20134365 Lincoln IT LLC 25 Bloomingdale Road Hicksville NY 11801
20134366 Liners Direct 401 S Gary Ave−Unit A Roselle, IL 60172
20134367 LinkedIn Corporation 62228 Collections Center Drive Chicago, IL 60693−0622
20221412 Lisa Zimbeck 2302 115th Ave NW Coon Rapids, MN 55433
20530539 Lisa Markert 7204 Monardo Lane Edina, MN 55435
20134364 Lissette Azuero Attn: Upper Charles Law Group, LLC 81 Hartwell Avenue, Suite 101 Lexington, MA 02421
20134369 Long Island Potties, Inc. 1936 Hempstead Turnpike Suite 332 East Meadow, NY 11554
20134370 Looksee Platform LLC 16635 Spring Cypress Rd US 77429−1713
20134371 Louis & Company 895 Columbia Street Brea, US 92822−2253
20462167 Lucky LLC DBA Seamless Prod 24367 Edgewater Dr Rogers, MN 55374
20134374 Lumos Networks PO Box 631139 Cincinnati, OH 45263
20134376 MACH LUMBER INC. 201 2ND AVE SW NEW PRAGUE, MN 56071
20134396 MELANY'S REMODELING & JANITORIAL 4550 CENTRAL AVE NE LOT 1126 MINNEAPOLIS, MN 55421
20134400 MG Customs Remodel LLC 31810 Camino Rosales Temecula, US 92592
20134401 MI WINDOWS AND DOORS PO BOX 62834 BALTIMORE, MD 21264−2834
20265373 MI Windows and Doors, LLC c/o NCS Credit 729 Miner Road Highland Heights, OH 44143
20134407 MINNESOTA ENERGY RESOURCES PO BOX 6040 CAROL STREAM, IL 60197−6040
20134408 MINNESOTA VINYL & ALUMINUM 12860 EMERY WAY SHAKOPEE, MN 55379
20134409 MINNESOTA WINDOWS INC 13479 DELLWOOD WAY ROSEMOUNT, MN 55068
20134410 MJ ELECTRIC MN INC 9743 HUMBOLDT AVE S MINNEAPOLIS, MN 55431
20134411 MKTRemodel Inc (Pro Remodel) 220 W. Congress Street Floor 2 Detroit, MI 48226
20134416 MR Glass Inc. 990 Grand Blvd Deer Park, NY 11729
20134417 MR. DIRECT JP Morgan Chase Bank−Chicago ACCT#935598565 PO BOX 73606 Chicago, IL 60673−7606
20134418 MS International, Inc. Attn: Drew Albee 1080 University Avenue Norwood, MA 02062
20134421 MYCO SCAFFOLD INC 813 Harbor Blvd WEST SACRAMENTO, US 95691
20134377 Machinery and Solutions LLC 1410 E Broadway Road Phoenix, US 85040
20134378 Maintenance & Power Sweeping Inc. PO Box 383 Medford, MA 02155
20134379 Majestic Stone Fabrication 2057 E. Ees Moines St Mesa, US 85213
20134380 Malcolm O'Neal 19 Woodborough Way Spring, TX 77389
20134387 Marcea Townsend 34303 Elmcrest Avenue Stacy, MN 55079
20134381 Marcom Construction Inc. 185 41st St Lindenhurst, NY 11757
20134382 Mariah Serrano Attn: Legal Corner Law Office 550 N Brand Blvd, Ste 1670 Glendale, CA 91203−1950
20134383 Maritz Global Events Inc. 1395 North Highway Drive Fenton, MO 63099
20134384 Mark Ghergo Attn: Abramson Labor Group 1700 Burbank Blvd Burbank, CA 91506
20134385 Marketplace Events LLC 2000 Auburn Dr. Ste 200 Beachwood, US 44122
20134386 Maro Gas K.C. Propane 26362 Earthmover Circle Corona, US 92883

20134388 Marvin − Infinity Windows PO Box 100 Warroad, US 56763
20134389 Marvin Windows NW7051 PO BOX 1450 MINNEAPOLIS, MN 55485−7051
20134390 Mass Tinting 67 Barouche Dr. Marshfield, MA 02050
20134391 Massachusetts Commission Against Discrimination 1 Ashburton Place Suite 601 Boston, MA 02108
20134392 Mastora Stone 440 Eastern Parkway Farmingdale, NY 11735
20134393 Matar Estikangi 17600 Pepperwood Cove Manor, TX 78653
20134394 McCalla Raymer Leibert Pierce, LLC 420 Lexington Avenue, Suite 840 New York, New York 10170
20134395 McCoy Leavitt Laskey LLC N19W24200RiverwoodDrive,Suite1 Waukesha, WI 53188
20134397 Merola Tile 20 REED PLACE AMITYVILLE, NY 11701
20134398 Mesa Fastener 6496 Marindustry Pl Suite B San Diego, US 92121
20134399 Metlife Commerce Bank 811 Main Street, 7th Floor Kanas City, MO 64105−2005
20134402 Mid−Atlantic Propane Exchange PO Box 875 Havre de Grace, MD 21078
20134403 Mid−South Fire Solutions, LLC 669 Aero Drive Shreveport, US 71107
20134404 Middlesex Savings Bank 6 Main Street Natick, MA 01760
20134405 Miles Garcia 2300 Sawdust Drive Georgetown, TX 78633
20134406 Milford Oyster Festival Attn: Kathy Curley 37 Pearl Hill Road Milford, CT 06460
20134412 Mobile Janitorial Supply 21520−G Yorba Linda Blvd Suite 215 Yorba Linda, US 92887
20134413 Mohawk Finishing Products PO Box 535414 Atlanta, US 30353
20134414 Moored Management Services LLC 2509 Coventry Ct Fort Collins, CO 80526
20134415 Mountaineer Construction 40545 MADRID DR ELIZABETH, US 80107
20134420 Muzi & Associates, APLC 111 Pacifica Suite 220 Irvine, US 92618
20134426 NATIONWIDE INBOUND 50 West Douglas, Suite 1200 Freeport, IL 61032
20134428 NAVITAS CREDIT CORP. 201 EXECUTIVE CENTER DR STE100 COLUMBIA, SC 29210
20134434 NEW MEXICO GAS COMPANY PO BOX 27885 ALBUQUERQUE, NM 87125−7885
20134438 NICK MEYERS CONSTRUCTION LLC 604 DILLON AVE N MONTROSE, MN 55363
20134440 NICOLINI, PARADISE, FERRETTI & SABELLA 14 Old Country Road, Suite 500 Mineola, New York 11501
20134442 NORTH VIEW CONSTRUCTION LLC 9701 4TH AVE S MINNEAPOLIS, MN 55420
20134444 NT Window 2900 W. Seminary Road Fort Worth, US 76133
20134445 NYS Department of Taxation and Finance PO Box 4127 Binghamton, NY 13902
20134422 Nam Doan 2834 Granite Creek Pl San Jose, US 95137
20534624 Nancy Luke 5955 Glencoe Rd. Excelsior, MN 55331
20134423 National Grid P.O. Box 11791 Newark, NJ 07101
20134424 National Grid−93289−64002 P.O. Box 371338 Pittsburgh, PA 15250−7338
20134425 National Wood Products, Inc. 2705 S 600 W Salt Lake City, US 84115
20134427 Nauset Disposal Holdings, Inc. 61 Commonwealth Ave South Yarmouth, MA 02664
20134429 Navitas Credit Corporation Neighbors Automotive 2204 Hempstead Tpke. East Meadow, NY 11554
20134430 Netgain Solutions, Inc 9189 S Jamaica St Suite 400 Englewood, CO 80112−5946
20134431 Neustar Info Services, Inc. P.O. Box 742000 Atlanta, US 30374−2000
20134432 New Age Surfaces 1237 Naperville Drive Romeoville, US 60446
20134433 New Mexico Department of Workforce Solutions P.O. Box 1928 Albuquerque, NM 87103
20134435 New Mid A Terrace TenJ LLC c/o Howland Development 155 West Street, Suite 9 Wilmington, MA 01887
20134436 New York Vanity, Inc. 10 Henry Street Freeport, NY 11520
20134441 NiTel, Inc. 350 N. Orleans St Suite 1300N Chicago, US 60654
20134437 Nicholas Cameron Attn: Shapiro Law Group 300 Trade Center, Suite 3700 Woburn, MA 01801
20134439 Nicole Trevino 8702 Shiloh Rd. 151 Dallas, US 75228
20142662 North View Construction Julio Cesar Lara Rivera 9701 4 TH Ave S. Minneapolis, MN 55420
20134443 Northern Contours 409 S. Robert Street Fergus Falls, US 56537
20134446 O'Hagan Meyer LLP 1 East Wacker Drive Suite 340 Chicago, US 60601
20134447 O.C. Industrial Plastics 4811 E. La Palma Avenue Anaheim, US 92807
20134454 ORIGO BPO PTY LTD 585 Little Collins Street Suite 491 MELBOURNE VIC AUSTRALIA 3000
20134455 OSI STAFFING INC. 10913 LA REINA AVE #B Downey, US 90241
20134448 Ohan Hazarshahian Attn: Abramson Labor Group 1700 Burbank Blvd Burbank, CA 91506
20134449 Old City Media, Inc 1301 Gabriel Lane Warwick, US 18974
20134450 On−Site Health & Safety 520 6th Street Rodeo, US 94572
20134451 Original Hall Lane Moving + Storage 67 Mall Drive Commack, NY 11725
20134452 Origo BPO Pty Ltd 30 West 26th Street 6th Flr New York, NY 10010
20134453 Origo BPO Pty Ltd Wise US Inc. 30 W. 26th Street, Sixth Floor New York, NY 10010
20134463 PHILLIPS REMODELING LLC 7432 CANDLEWOOD DR MINNEAPOLIS, MN 55445
20134464 PICTURE PERFECT REMODELING LLC 310 W TEHUTI ST KUNA, US 83634
20134469 POLAR TOOL & SUPPLY 13497 HOMESTEAD RD HUGO, MN 55038
20134473 PROTRADE CREDIT SERVICES PO BOX 105525 ATLANTA, GA 30348
20134474 PROVIA DOOR 2150 SR 39 SUGARCREEK, OH 44681
20134476 PSEGLI P.O. Box 888 Hicksville, NY 11802−0888
20134477 PSOQUI REMODELING 1002 N IMPERIAL AVE ST 2 BOX 286 EL CENTRO, US 92243
20134456 Partners in Marketing 1551 North 90th Place Mesa, US 85207
20134457 Peak Toolworks PO Box 4762 Carol Stream, US 60197−4762
20134458 Pepco PO Box 13608 Philadelphia, PA 19101−3608
20134459 Peraza Home Improvement, Corp 581 Broadway Westbury, NY 11590
20134460 Permit Services LLC 1525 Old Louisquisset Pike Lincoln, RI 02865−4518
20134461 Peterman Lumber 10330 Elm Avenue Fontana, US 92334−2289
20134462 Petrocelli Marketing Group 125 Daniel Webster Hwy Merrimack, NH 03054

20134465 Pinnacle Shutters, Inc. 42 Kean Street West Babylon, NY 11704
20134466 Pitney Bowes Global Financial Services PO Box 981022 Boston, MA 02298−1022
20134467 Plamar USA, Inc 33100 Transit Avenue Union City, US 94587
20134468 Please Don't Go, LLC DBA the Delfin Project 977 E 14 Mile Rd Troy, US 48083
20134470 Potter Anderson & Corroon LLP 1313 N. Market Street, 6th Floor Wilmington, DE 19801−610
20134471 Premier Direct Marketing Inc. 5051 Commerce Crossings Drive Louisville, KY 40229
20134472 Prestige Design Center 1559 W Embassy St Anaheim, US 92802
20134475 ProVia 2150 State Route 39 Sugarcreek, US 44681
20134478 Pulse ShowerSpas, INC 297 Anna Street Watsonville, US 95076
20134479 Purchase Power PO Box 981026 Boston, MA 02298−1026
20134484 QXO PO BOX 101087 PASADENA, US 91189−0005
20134480 Quench USA, Inc. PO Box 735777 Dallas, TX 75373−5777
20134481 Quik Print 2413 S. Laura St. Wichita, US 67216
20134482 QuikPrint 33 N. Stone Ave. Suite 145 Tucson, US 85701
20134483 Quinstreet Inc. PO Box 8398 Pasadena, CA 91109−8398
20134485 R.S. Hughes 1219 S. Allec Street Anaheim, US 92805
20134486 RA MARKETING RESULTS INC. 5205 LONG POINTE PASS WOODBURY, MN 55129
20134487 RA Marketing Results 3746 Pete Miller Ave N Stillwater, US 55082
20134489 RAPID BATH REMODEL 2588 PROGRESS ST SUITE #4 VISTA, US 92081
20134491 RCK CONSTRUCTION LLC 812 GANNON WAY VICTORIA, MN 55386
20134497 REDS REMODELING & HANDYMAN LLC 7560 W ILLINOIS ST TUCSON, US 85735
20134502 REVAMP CONSTRUCTION LLC 230 W IDAHO AVE MERIDIAN, US 83642
20134509 RITTER CONSTRUCTION AND REMODELING LLC 314 ST OLAF AVE NORTHFIELD, MN 55057
20134510 ROBERTS HAMILTON DIV OF HAJOCA CO DEPT 5596 CAROL STREAM, IL 60197
20134519 RPM Industrial Coatings Group Inc 3194 B Hickory Blvd Hudson, US 28638
20134520 RSVP Arizona, LLC 130 E. Lamar Rd Phoenix, US 85012
20134522 RYNO Strategic Solutions PO Box 62853 Phoenix, AZ 85082
20134488 Rapaport Law Firm, PLLC 80 Eighth Avenue Suite 206 New York, NY 10011
20134490 Raul Huete 2266 Shady Hills Dr Diamond Bar, CA 91765
20134492 ReadyRefresh−0440280493 P.O. Box 856192 Louisville KY 40285−6192
20134493 ReallyGreatRate, Inc dba RGR Marketing 2101 Rosecrans, #3275 El Segundo, US 90245
20134494 Reborn Cabinets 5515 E La Palma Ave Suite 250 Anaheim, US 92807−2131
20134495 RedBox+ of Boston South Shore 153 Shaw Farm Rd Canton, MA 02021
20134496 Redbox+ of North Boston 251 Ridge Street Winchester, MA 01890
20134498 Reel Lumber Service 1321 N. Kraemer Blvd Anaheim, US 92806
20134499 Registered Agent Solutions, Inc. PO Box 7410517, Dept. 5021 Chicago, US 60674−0517
20134500 Remodelwell, Inc. 1050 Kettrier Blvd Suite D, #503 San Diego, CA 92101
20134501 Renaissance Associates, Ltd. 651 Old Mount Pleasant Avenue, Suite 265 Livingston, NJ 07039
20134503 Revenue Inc. 15000 Ventura Boulevard #201 Sherman Oaks, CA 91403
20134504 Rick Guevara Rick the Happy Plumber 215 S. Primrose St. Anaheim, US 92804
20134505 Rick Hanson 25074 Country Fair Dr Menifee, US 92584
20134506 Ring Central 20 Davis Drive Belmont, US 94002
20134507 Ring Ltd. 3982 Powell Rd, Suite 15 Powell, OH 43065
20134508 Ritter Carpentry LLC 7314 Canyon Road E Puyallup, US 98371
20134511 Robicco Inc. 172 Whalers Lane Salem, MA 01970
20134512 Rocky Point Granite 8145 Signal Court Suite B Sacramento, US 95824
20134513 Rodolfo L. Ayalde, Jr. Attn: JLG Lawyers 300 W Glenoaks Blvd Suite 300 Glendale, CA 91202
20134514 Roger Lipson 622 Chestnut Hill Drive Brookline, MA 02445
20134515 Ronald Rickman 1250 Galena Wichita, US 67216
20134516 Round the Roundhouse 320 Paseo de Peralta Suite E Santa Fe, US 87501
20134517 Royal Plywood Co. PO BOX 728 La Mirada, US 90637
20134518 Royal Windows Mfg Corp. 1769 5th Avenue Bay Shore, NY 11706
20134521 Ryno Strategic Solutions LLC 15600 N Black Canyon Hwy Phoenix, AZ 85053
20134523 SAIA MOTOR FREIGHT LINE, INC PO BOX 730532 DALLAS, TX 75373−0532
20134525 SAVASH EXTERIOR LLC 7484 KAHLER CT NE ALBERTVILLE, MN 55301
20134526 SCHERER BROS LUMBER CO NW 6436 PO BOX 1450 MINNEAPOLIS, MN 55485
20134527 SCOTT MINTLE CARPENTRY LLC 6217 BAKKEN STREET MONTICELLO, MN 55362
20134529 SEAMLESS PROS 24367 EDGEWATER DR ROGERS, MN 55374
20134533 SHERBURNE STATE BANK 12500 SHERBURNE AVE P.O. BOX 428 BECKER, MN 55308
20134536 SHI International Corp 290 Davidson Ave Somerset, NJ 08873
20134542 SILCO, INC 7635 ST. CLAIR AVENUE MENTOR, OH 44060
20134543 SIREN GROUP AG Churerstrasse 47, 3rd Floor Pfaeffikon, CH 8808 SWITZERLAND
20134549 SONSHINEHOMES, INC 10940 WHITE ROCK RD SUITE 210 RANCHO CORDOVA, US 95670
20134551 SOUTHERN CALIFORNIA EDISON PO BOX 300 ROSEMEAD, US 91772−0002
20134553 SOUTHERN CALIFORNIA NEWS GROUP PO BOX 8012 WILLOUGHBY, US 44096−8012
20134554 SOUTHLAND HOME IMPROVEMENT GROUP 11906 BLUEFIELD AVE LA MIRADA, US 90638
20134555 SPARKLETTS & SIERRA SPRINGS PO BOX 660579 DALLAS, US 75266−0579
20134556 SPARKLIGHT PO BOX 78000 PHOENIX, US 85062−8000
20134558 SRP (Salt River Project) P.O. Box 2951 Phoenix, US 85062−2951
20134559 ST CROIX INSULATION, INC. 652 COMMERCE DR HUDSON, WI 54016
20134561 STANLEY CONSTRUCTION LLC 11287 205TH AVE NW ELK RIVER, MN 55330
20134567 STONE AGE TILE, INC 1701 S. STATE COLLEGE BLVD. Anaheim, US 92806
20134569 STONEWORX LLC 16357 ABERDEEN ST NE ANDOVER, MN 55304

20134572 STUART D. MARKOWITZ Attorneys for Plaintiff 575 Jericho Turnpike, Suite 210 Jericho, New York 11753
20134575 SUN CITY ANALYTICAL INC 1409 MONTANA AVE EL PASO, US 79902
20134577 SVOE PO Box 878 Verona, VA 24482
20134524 Salesforce.com Inc. P.O. Box 203141 Dallas, TX 75320−3141
20134528 Scott Shank Attn: Otkupman Law Firm 5743 Corsa Ave, Ste 123 Westlake Village, CA 91362−7310
20134530 Serious Home Concepts 7474 W Victory Ct Tucson, US 85734
20134531 Service Finance Company, LLC 555 S. Federal Hwy, Suite 200 Boca Raton, FL 33432
20134532 Service Star Plumbing Bennyson L. Dela Cruz 2035 Carroll Ave San Francisco, US 94124
20134535 Sherwin Williams 6625 Miramar Rd San Diego, US 92121−2508
20134534 Sherwin Williams Co. 13620 Rosecrans Avenue Santa Fe Springs, US 90670
20134537 ShipPlug.com, Inc. 936 SW 1st Ave, Unit 224 Miami, FL 33130
20134538 Shorr Packaging Corp 4000 Ferry Rd Aurora, US 60502
20134539 Shred−It USA−0613 28883 Network Place Chicago, US 60673−1288
20134540 Sierra Forest Products 15501 Mosher Avenue Tustin, US 92780
20134541 Sierra Vista Herald 102 Fab Ave Sierra Vista, US 85635
20134544 Smart Circle International LLC 4490 Von Karman Ave Newport Beach, US 92660
20134546 Smash My Trash PO BOX 631698 Littleton, US 80163
20134545 Smash My Trash Dallas 2819 Anode Lane Dallas, US 75220
20134547 Snowflake LLC 115 Chase Rd Thompson, CT 06277
20134548 Socius Marketing Dept CH 18154 Palatine, IL 60055−8154
20134550 Southampton Masonry 1540 County Rd 39 Southampton, NY 11968
20134552 Southern California Gas Company P.O. BOX C MONTEREY PARK, US 91756
20134557 Spectrum Marketing 95 Eddy Road Manchester, NH 03102
20134560 St. John Properties, Inc. 2560 Lord Baltimore Drive Baltimore, MD 21244
20134562 Staples Advantage Dept. LA P.O. Box 83689 Chicago, US 60696
20134563 Starr Indemnity & Liability Company P.O Box 29133 New York, NY 10087
20137441 State of Delaware Division of Revenue 820 N. French Street, 8th Floor Wilmington, DE 19801−0820
20134564 Steel And Wire North East PO Box 446 Baltimore, MD 21203
20134565 Stella's Cleaning Company, Inc. 117 Jefferson Ave. Deer Park, NY 11729
20134566 Stericycle, Inc. 28883 Network Place Chicago, IL 60673−1288
20134568 Stonewood Construction dba Alex Koyvayko 11848 Cobble Brook Dr Rancho Cordova, US 95742
20134570 Strategic Brands, Inc. 2810 Center Port Circle Pompano Beach, US 33064
20134571 Strybuc Industries P.O. Box 1067 Sharon Hill, PA 19079
20134573 Suited Connector, LLC P.O. Box 844017 Dallas, TX 75284
20134574 Suited Connector, LLC PO Box 844017 Dallas, US 75284−4017
20134576 SurfPrep 571 Birch Street Lake Elsinore, US 92530
20134578 T.A.G. BATHROOMS LLC 393 W 15TH AVE BRIGHTON, US 80601
20134581 TCB Holdings LLC. 102 Samson Drive Flemington, NJ 08822
20134582 TEAKWORKS4U 156 B GALEWSKI DR WINONA, US 55987
20134583 TEKsystems, Inc 7437 Race Road, Hanover Hanover, MD 21076
20134584 THE COAST NEWS GROUP P.O. BOX 232550 ENCINITAS, US 92023−2550
20134590 THE ONYX COLLECTION INC PO BOX 37 BELVUE, KS 66407
20134595 THOMPSON WOODWORKS & MFG INC 20077 176TH ST BIG LAKE, MN 55309
20134606 TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. PO BOX 9050 COPPELL, TX 75019
20134579 Tax Collector City of Hartford PO Box 412834 Boston, MA 02241−2834
20134580 Taylor Installation LLC 950 W Highway 70 Plainview, US 79072
21043746 Teresa W Giese 11508 Deerwood Cir N Dayton, MN 55327
20134585 The Hartford PO Box 660916 Dallas, TX 75266−0916
20134586 The Home Improvement Guide P.O. Box 17646 22130 Clarendon St. Encino, US 91416
20134587 The Home Mag 12856 Bayan Creek Dr. Fort Myers, FL 33908
20134588 The Home Mag 5300 DTC PKWY SUITE 300 GREENWOOD VILLAGE, US 80111
20134589 The Majestic Stone LLC 129 E Pima St Phoenix, US 85004
20134591 The Tile Setters Todd Dean Gardner 1059 La Mirada St. Laguna Beach, US 92651
20134592 The Tile Shop PO BOX 735431 Chicago, US 60673−5431
20134593 Thermal Seal Insulating Glass 47 Industrial Drive Uxbridge, MA 01569
20134594 Think Unlimited LLC 171 N Aberdeen St Ste 400 Chicago, IL 60607
20134596 Thomson Reuters West Publishing Corporation, as agent fo Thomson Reuters Enterprise Centre GmbH, 2900 Ames Crossing Rd Saint Paul, MN 55121
20134597 Thrive Operations 25 Forbes Boulevard Suite 3 Foxboro, MA 02035
20134598 Timothy Berrini 34303 Elmcrest Avenue Stacy, MN 55079
20134599 Tolbert Construction 1701 Dearborn St Augusta, US 67010
20134600 Tony & Sons Construction 32 Water Street Apt. #2 Milford, MA 01757
20134601 Tony Nguyen 609 Benjamin Ave Placentia, US 92870
20134602 Top Knobs USA 29770 Network Place Chicago, IL 60673−1297
20134605 Town Of Wilmington Post Office Box 58 Wilmington, MA 01887−0058
20134603 Town of Hempstead Department of Water 1995 Prospect Avenue East Meadow, NY 11554
20134604 Town of Prescott Valley PO BOX 5165 HARLAN, US 51593−0665
20134607 Tray Daniels 1502 Quail Meadow Dr Wylie, TX 75098
20134608 Tray.IO 25 Stillman Street Suite 200 San Francisco, US 94107
20134609 Tri View Reflections 657 Old Country Road Westbury, NY 11590
20134610 Tri−State Multi Media Corp. P.O. Box 322 Islip, NY 11751
20134611 Truman Miller TRUMBULL INDUSTRIES INC PO BOX 72638 CLEVELAND, OH 44192−0002
20134612 Trumbull Industries 400 Dietz RD NE Warren, US 44483

20134613 Tymex, Inc. P.O. Box 386 Suffern, NY 10901
20134619 U−Line Shipping Supplies PO Box 88741 Chicago, US 60680
20134614 U.S. Coffee 51 Alpha Plaza Hicksville, NY 11801
20134615 U.S. Department of Labor 200 Constitution Ave NW Washington, DC 20210
20134616 U.S. SMALL BUSINESS ADMINISTRATION 10737 GATEWAY WEST, #300 EL PASO TX 79935
20134617 U.S. SMALL BUSINESS ADMINISTRATION 2 NORTH STREET BIRMINGHAM AL 35203
20134622 UMPQUA BANK VENDOR FINANCE PO BOX 848779 LOS ANGELES, US 90084
20134623 UMR Inc. 115 W Wausau Avenue Wausau, WI 54401
20134630 UPS PO Box 650116 Dallas, US 75265−0116
20134631 US Bank Equipment Finance PO Box 790448 St. Louis, MO 63179−0448
20134632 US Lumber, Inc. 8 Merrick Rd. Lynbrook, NY 11563
20134618 Uber Freight LLC PO BOX 74007178 Chicago, US 60674
20134620 Uline Attn: Accounts Receivable P.O. Box 88741 Chicago, US 60680−1741
20134621 Ultracraft, Inc. PO Box 776934 Chicago, IL 60677−6934
20134624 Under Technologies, Inc. d/b/a Rho Technologies Attn: Liberman & Lestzick 381 Sunrise Highway, Suite 302 Lynbrook, NY 11563
20134625 Unisearch, Inc. 525 Park Street, Suite 247 St. Paul, MN 55103
20134626 Unishippers PO BOX 733851 DALLAS, US 75373
20134627 Unite Private Networks, LLC Fiber Platform, LLC PO Box 734498 Chicago, US 60673−4498
20134628 United Rentals P.O. 79333 City Of Industry, US 91716
20134629 United Site Services PO BOX 660475 DALLAS, US 75266−0475
20134633 V.O.M. LLC 26429 2ND ST E APT 226 ZIMMERMAN, MN 55398
20134638 VEIT DISPOSAL SYSTEMS 14000 VEIT PLACE ROGERS, MN 55374
20134634 Vails Gate Business Center LLC 460 Getty Avenue Clifton, NJ 07011
20134635 Valpak of New Hampshire 13 Orchard View Drive, Ste 4 Londonderry, NH 03053
20134636 Varifax Systems 2851 W. Avenue l, OFC−200 Lancaster, US 93536
20134637 Vehicle Tracking Solutions 152 Veterans' Memorial Hwy. Commack, NY 11725
20713182 Vincent C. Tims and Corrine G. Tims 1633 Crystal Drive Albert Lea, MN 56007
20134639 Vinyl Visions, LLC 5380 East Larry Caldwell Dr Prescott, US 86301
20134640 Virtus Lumina Analytics LTDA 280 Corumba St Pocos de Caldas MG 37701100 BRAZIL
20134641 Vista Paint Corp. 2020 E. Orangethorpe Ave. Fullerton, US 92631
20134642 WA Triangle Industrial, LLC 4350 La Jolla Village Drive Ste 900 San Diego, US 92122
20134643 WAGNER CONSTRUCTION AND DESIGN LLC 1471 LANGFORD TRAIL NEW PRAGUE, MN 56071
20134645 WARDROBE & BATH SPEC PV 3800 FINCH RD MODESTO, US 95357−4100
20134648 WASTE CONNECTIONS OF ARIZONA PO BOX 7428 PASADENA, US 91109−7428
20134652 WB Mason Co Inc. PO Box 981101 Boston, MA 02298−1101
20134653 WD Advanced Materials LLC 6710 Virginia Manor Rd Beltsville, MD 20705
20134654 WDI COMPANY 908 SW 15TH STREET FOREST LAKE, MN 55025
20134655 WELLS FARGO BANK, N.A. P.O. BOX 2705 WINSTON−SALEM, NC 01012−7101
20134658 WESTSIDE BUILDING MATERIAL PO BOX 842517 LOS ANGELES, US 90084−2517
20134666 WILLIS 3351 Grapevine St. Suite #A Mira Loma, US 91752
20134667 WINDOWS OF MN LLC 13846 138TH AVE N ROGERS, MN 55374
20134668 WM CORPORATE SERVICES, INC PO BOX 4700 PASADENA, US 91109
20134673 WURTH BAER SUPPLY COMPANY 909 FOREST EDGE DR VERNON HILLS, IL 60061
20134644 Wal−Mart Store Inc/SAM'S CLUB C/O Corporate Accounting PO Box 500787 Saint Louis, US 63150
20134647 Washington Gas PO Box 37747 Philadelphia, PA 19101−5047
20134646 Washington OSHA 7273 Linderson Way SW Tumwater, WA 98501−5414
20134649 Waste Connections of KS Inc PO Box 679859 Dallas, US 75267−9859
20134651 Waste Management PO BOX 13648 Philadelphia, PA 19101−3648
20134650 Waste Management of Kansas, As Payment Agent P.O. Box 4648 Carol Stream, US 60197−4648
20134656 West Coast Laminating 13833 Borate Street Santa Fe Springs, US 90670
20134657 Western Elite 2745 N Nellis Blvd Las Vegas, US 89115
20134659 Westside Building Material Corp. (Anaheim) 1111 East Howell Ave Anaheim, US 92805
20134660 Westside Building Material Corp. (Las Vegas) 6460 Santa Margarita St. Las Vegas, US 89118
20134661 Whitaker Morgan 3545 Avondale Drive Salt Lake City, UT 84121
20134662 Whitney Supply Company 30 Brookfield Street South Windsor, CT 06074
20134663 Wilhide Contracting Inc. 1109 River Rd Troy, NY 12182
20134664 William R Brown Jr DBA Lexlene Demo & Carpentry 2405 W Olive Fullerton, US 92833
20134665 Willis Towers Watson 29754 Network Place Chicago, IL 606731297
20134669 Wolf − Kitchen & Bath PO Box 62809 Baltimore, MD 21264−2809
20134670 Women's Fair 8927 E. Windwood Ct. Wichita, US 67226
20134671 Wood Repair Products, Inc 616 N Eckhoff Orange, US 92867
20134672 Workday, Inc. 6110 Stoneridge Mall Road Pleasanton, CA 94588
20134674 XCEL ENERGY P.O. BOX 9477 MINNEAPOLIS, MN 55484
20134676 XEROX Financial Services PO Box 202882 Dallas, TX 75320−2882
20134675 Xerox Business Solutions Northeast P.O. Box 936683 Atlanta, GA 31193−6683
20134678 YOOBY LLC 8400 WEST SUNSET ROAD SUITE 150 LAS VEGAS, US 89113
20134677 Yellowsack Inc. 2100 Geng Road Palo Alto, US 94303
20134679 Zion Marketing, LLC PO Box 12825 Prescott, US 86304
20134680 Zoro Tools, Inc. PO Box 5233 Janesville, US 53547−5233
20134299 iPermit 31225 La Baya Dr #213 Thousand Oaks, US 91362
20134419 mSquare, Inc. dba Material Specialist 10311 Los Alamitos Blvd. Los Alamitos, US 90720

TOTAL: 702